**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 01-1982**

―――――――

HARLAN L. COGAR,

Plaintiff - Appellant,

versus

LARRY G. MASSANARI, ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION,

Defendant - Appellee.

―――――――

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert Earl Maxwell, Senior
District Judge.  (CA-00-89)

―――――――

Submitted:  January 29, 2002      Decided:  February 21, 2002

―――――――

Before WILKINS, MOTZ, and KING, Circuit Judges.

―――――――

Affirmed by unpublished per curiam opinion.

―――――――

Harlan L. Cogar, Appellant Pro Se.  Anne von Scheven, SOCIAL
SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

―――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harlan L. Cogar appeals from the district court's order granting summary judgment to the Commissioner in this action challenging the Commissioner's decision denying Cogar's application for disability insurance benefits and supplemental security income. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Cogar v. Massanari</u>, No. CA-00-89 (N.D.W. Va. June 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>